**RECEIVED**

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF RHODE ISLAND

DEC 1 5 2021

**U.S. DISTRICT COURT**
**DISTRICT OF R.I.**

**Christopher Laccinole**
*Plaintiff*

**C.A. No. 1:20-cv-00475-WES-LDA**

**Vs.**

**MRS BPO, L.L.C.,**
**&**
**Does 1-10 Inclusive;**
*Defendants*

### STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties stipulate that the instant matter is dismissed with prejudice as to all parties and all causes of action, with each side to bear its own attorney fees and costs.

| | |
|---|---|
| The Plaintiff,<br>Christopher Laccinole, *pro se* | For Defendant MRS BPO, LLC<br>Timothy Egan |

Christopher M. Laccinole
23 Othmar St.
Narragansett, RI 02882
chrislaccinole@gmail.com

*/s/ Timothy Egan*
Timothy Egan #9239
Peabody & Arnold LLP
Federal Reserve Plaza
600 Atlantic Avenue, 6th Floor
Boston, MA 02210
(617) 951-2100
tegan@peabodyarnold.com

1

## CERTIFICATE OF SERVICE

The Plaintiff certifies that on December 6, 2021, he mailed a copy of the foregoing dismissal by USPS certified return receipt mail to the Attorney of Defendant, Tim Egan at Peabody & Arnold LLP, Federal Reserve Plaza, 600 Atlantic Avenue, 6th Floor, Boston, MA 02210.

The Plaintiff,
Christopher Laccinole, *pro se*

*/s/ Christopher M. Laccinole*
Christopher M. Laccinole
23 Othmar St.
Narragansett, RI 02882
chrislaccinole@gmail.com